UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER A. STANTON, | |
| Petitioner, | |
| v. | CAUSE NO. 3:20-CV-447-JD-MGG |
| WARDEN, | |
| Respondent. | |

OPINION AND ORDER

Christopher A. Stanton, a prisoner without a lawyer, filed a habeas corpus petition attempting to challenge the prison disciplinary hearing (WCC 20-03-94) where he was found guilty of Unauthorized Possession of Food in violation of Indiana Department of Correction offense C-307 on March 24, 2020. ECF 1 at 1. However, he was not sanctioned with the loss of any earned credit time. *Id*. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Because the duration of his confinement was not lengthened as a result of this prison disciplinary proceeding, this case must be dismissed.

If Stanton wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed in forma pauperis on appeal because, pursuant to 28 U.S.C. § 1915(a)(3), an appeal in this case could not be taken in good faith. Nevertheless, if he files a notice of appeal, he may ask

the United States Court of Appeals for leave to proceed in forma pauperis by filing a motion with the Circuit Court along with a copy of this order demonstrating that he has already been denied leave to proceed in forma pauperis by the District Court.

For these reasons, the court:

(1) DENIES the habeas corpus petition (ECF 1);

(2) DIRECTS the clerk to enter judgment; and

(3) DENIES Christopher A. Stanton leave to proceed in forma pauperis on appeal.

SO ORDERED on June 5, 2020

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT